# IN THE SUPREME COURT OF THE STATE OF NEVADA

JONTE DEMAR SANDERS,
               Appellant,
      vs.
THE STATE OF NEVADA,
               Respondent.

No. 80536

**FILED**

FEB 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Appellant filed a notice of appeal on February 3, 2020. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the judgment of conviction entered on April 17, 2019, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (stating that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

 
20-08071

cc: Hon. Ronald J. Israel, District Judge
Jonte Demar Sanders
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A